| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Dever, James C | 2. Court or Organization<br><br>U.S. District Court, EDNC | 3. Date of Report<br><br>2/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5. ReportType (check appropriate type)<br><br>⦿ Nomination,  Date  2/14/2005<br><br>◯ Initial   ◯ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>2/14/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>310 New Bern Ave., Room 624<br>Raleigh, NC 27601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder/Director | Maupin Taylor, P.A. (law firm) |
| 2. Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 3. Director | North Wake County Baseball Association |
| 4. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. 2004 | Maupin Taylor, P.A. Profit Sharing Plan |
| 3. 2003 | Maupin Taylor, P.A. Profit Sharing Plan |
| 4. 2003 | Agreement to teach as an adjunct law professor at Campbell University |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Maupin Taylor, P.A. | 17,708 |
| 2. | 2004 | Campbell University | 6,500 |
| 3. | 2003 | Maupin Taylor, P.A. | 150,000 |
| 4. | 2003 | Campbell University | 6,500 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 2/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | Maupin Taylor, P.A. Profit Sharing Plan | A | Div. | M | T | Exempt | | | | |
| 2. | - Money Market Fund | A | Int. | K | T | | | | | |
| 3. | - AFIBX Fundamental Invs. Inc. - B | A | Div. | K | T | | | | | |
| 4. | - BFABX Bond Fund of Am. - B | A | Div. | K | T | | | | | |
| 5. | - IHCAX Hartford Cap Apprec Fund - B | A | Div. | K | T | | | | | |
| 6. | - NYVBX Davis NY Venture - B | A | Div. | K | T | | | | | |
| 7. | - OGLBX Oppenheimer GLBL FD - B | A | Div. | K | T | | | | | |
| 8. | - PVTBX Putnam Vista FD - B | A | Div. | J | T | | | | | |
| 9. | - TEDBX Mutual Sec FD Discover - B | A | Div. | J | T | | | | | |
| 10. | - MBAGX MFS Aggressive GR Allo - B | A | Div. | K | T | | | | | |
| 11. | Northwestern Mutual Life Policy | A | Div. | K | T | | | | | |
| 12. | - Index 500 Stock | A | Div. | J | T | | | | | |
| 13. | - Aggressive Growth Stock | A | Div. | J | T | | | | | |
| 14. | - Index 400 Stock | A | Div. | J | T | | | | | |
| 15. | - Small Cap Growth Stock | A | Div. | J | T | | | | | |
| 16. | - T Rowe Small Cap Value | A | Div. | J | T | | | | | |
| 17. | - Cap Guard Domestic Eq | A | Div. | J | T | | | | | |
| 18. | Northwestern Mutual Life Policy | A | Div. | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 2/14/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Index 500 Stock | A | Div. | J | T | | | | | |
| 20. - Aggressive Growth Stock | A | Div. | J | T | | | | | |
| 21. - Index 400 Stock | A | Div. | J | T | | | | | |
| 22. - Small Cap Growth Stock | A | Div. | J | T | | | | | |
| 23. - T Rowe Small Cap Value | A | Div. | J | T | | | | | |
| 24. - Cap Guard Domestic | A | Div. | J | T | | | | | |
| 25. RBC Centura Bank Account | A | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dever, James C | 2/14/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In February 2004, I became a United States Magistrate Judge. My non-investment income for 2004 and 2005 includes my federal salary.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dever, James C | 2/14/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In February 2004, I became a United States Magistrate Judge. My non-investment income for 2004 and 2005 includes my federal salary.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dever, James C | 2/14/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date __2/14/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH (1/7/05)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks. | 63, | 000. | 00 | Notes payable to banks - secured | | | |
| U.S. Government securities-add schedule. | | | | Notes payable to banks - unsecured | | | |
| Listed securities - add schedule | 233, | 570. | 00 | Notes payable to relatives | | | |
| Unlisted securities - add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages and other liens payable | 361, | 000. | 00 |
| Real estate owned - add schedule | 515, | 000. | 00 | Other debts - itemize: | | | |
| Real estate mortgages receivable | | | | Home Equity Line | 26, | 000. | 00 |
| Autos and other personal property | 80, | 000. | 00 | | | | |
| Cash value-life insurance | 36, | 132. | 00 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 387, | 000. | 00 |
| | | | | Net worth | 540, | 702. | 00 |
| Total Assets | 927, | 702. | 00 | Total liabilities and net worth | 927, | 702. | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No. | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No. | | |
| Legal Claims | | | | Have you even taken bankruptcy? | No. | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

8